# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JUDY YIMTING WONG, in individual and representative capacity as Trustee; BARBARA WEINMANN; KURT WEINMANN; RALH M. SINGH; and Does 1-10,<br><br>Defendants. | Case: 2:16-CV-02543-MCE-CKD<br><br>**ORDER** |

### ORDER

Pursuant to Fed. R. Civ. P. 41(a)(2), this case is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 22, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE